UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2911

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. Case Number: _____ |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., Sections 952 and 960 |
| Lester WEEKS, Jr. | ) Importation of a Controlled Substance |
| Defendant, | ) |

The undersigned complaint being duly sworn states:

On or about December 14, 2007, within the Southern District of California, Lester WEEKS Jr. did knowingly and intentionally import approximately 64.15 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Christopher D. Anderson
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF
DECEMBER 2007.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 14, 2007, at approximately 8:40 PM, Lester WEEKS Jr. entered the United States (US) from the Republic of Mexico at the San Ysidro Port of Entry (POE), San Diego, California. WEEKS was the driver of a brown Chevy pickup truck bearing California license plate 6U86936.

At approximately 8:40 PM, Customs and Border Protection Canine Enforcement Officer (CEO) Rocha was performing pre-primary roving operations with his Narcotic Detection Dog (NDD) "Cuervo" (CE-48), when "Cuervo" alerted to the rear tire of a brown Chevy pickup bearing California license plate 6U86936, which was in lane number nine.

At approximately 8:43 PM, Customs and Border Protection Officer (CBPO) Corvino was conducting pre-primary roving operations, when she was informed by CEO Rocha of the canine alert. CBPO Corvino approached the vehicle and identified the driver as Varnall Varnard Weeks, by his California identification card. (Agents Note: WEEKS true name is Lester WEEKS Jr. WEEKS admitted that Varnall Weeks is his deceased brother's name and he had fraudulently obtained a CA ID card in his brother's name.) After making contact with WEEKS, CBPO Corvino requested WEEKS turn off the vehicle and hand her the keys, which WEEKS did. CBPO Corvino asked WEEKS whom the vehicle belonged to and WEEKS stated it belonged to a friend. CBPO Corvino then asked WEEKS if he was brining anything back from Mexico and WEEKS stated he was not. CBPO Corvino then tapped the rear driver's side tire, which tapped solid. WEEKS was escorted to the security office, while the vehicle was driven to the secondary inspection area, for further processing

1

A border search of the vehicle conducted by CBPO Carrera led to the discovery of packages contained in all four tires of the vehicle. A package was probed, and a green leafy substance was discovered, which field-tested positive for the properties of marijuana. The 28 packages weighed approximately 64.15 kilograms per the Customs scale.

At approximately 11:53 PM on December 14, 2007, WEEKS was advised of his Miranda rights by Immigration and Customs Enforcement (ICE) Special Agent (S/A) Chris Anderson in the English language, who read from a pre-printed form also in the English language. WEEKS stated he understood his rights and signed the waiver of rights form.

WEEKS stated he was to be paid $200.00 USD to deliver the pickup to the Jack-in-the-Box in San Ysidro, California. WEEKS stated he was homeless and was recruited while staying at the St. Vincent's shelter in San Diego, by an unknown man. WEEKS stated this happened approximately one month ago and that this unknown man offered to pay him $800.00 USD to drive a vehicle loaded with people across the border. The unknown man put WEEKS in contact with a man by the name of Abdul Last Name Unknown (LNU). Abdul LNU made the arrangements for WEEKS to participate in the smuggling venture. WEEKS admitted to attempting to smuggle illegal aliens across the border, but was caught at the San Ysdiro POE approximately one week ago. WEEKS was again contacted by Abdul LNU, who asked him to cross a pickup truck into the US for $200.00 USD. WEEKS told Abdul LNU he would do it, but the vehicle had to be empty. When asked about the vehicle and the likelihood of it being free of people or drugs, WEEKS stated he assumed it did not contain bodies, because it was a pickup and there was no room to hide people. WEEKS also stated that he did not think there were narcotics in the pickup, because he had told Abdul LNU several times that he would only cross the vehicle if it was empty. WEEKS admitted to being instructed by Adbul LNU to drive the

vehicle through lane number 20 and proceed to the Jack-in-the-box, just north of the POE. WEEKS did admit to thinking there might be something wrong with the pickup, because it drove poorly and the steering was very wobbly.

Christopher D. Anderson
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant(s) named in the this probable cause statement committed the offense on December 14, 2007 in violation of Title 21, United States Code, Section(s) 952, 960.

12/15/07, 1154 hrs
Date/Time

United States Magistrate Judge